# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Nelson Franklin Duran, Jr., ) | Case No. 1:23-cr-222 |
| ) | |
| Defendant. ) | |

On February 5, 2026, the court issued an order conditionally releasing Defendant so that he can participate in an inpatient treatment program at Bridges of Recovery in Jamestown, North Dakota. (Doc .No. 95). The order provided in relevant part that Defendant shall be released to his father at 10:30 AM on February 12, 2026, for transport.

On February 9, 2026, Defendant filed a Motion to Amend Order for Release. (Doc. No. 96). He request that the court amends its February 5, 2026, order to direct that he be released to his father on at 8:30 AM on February 12, 2026, for transport.

The court **GRANTS** Defendant's motion. (Doc. No. 96) and amends its February 5, 2026, order as follows. Defendants shall be released to his father at 8:30 AM on February 12, 2026, for transport to Bridges of Recovery. Defendant's release shall remain subject to the conditions set forth in the February 12, 2026, order.

**IT IS SO ORDERED.**

Dated this 10th day of February, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Cour